1

2                **UNITED STATES DISTRICT COURT**

3                **EASTERN DISTRICT OF WASHINGTON**

4

5    SHELLIE L. KAY,                    )
                                        )
6             Plaintiff,                )
                                        )        NO.  CV-10-0434-JPH
7        vs.                            )
                                        )        **JUDGMENT IN A**
8    MICHAEL J. ASTRUE,                 )        **CIVIL CASE**
     Commissioner of Social Security,   )
9                                       )
              Defendant.                )
10                                      )
                                        )
11   _____   )

12        **DECISION BY THE COURT:**

13        This action came to hearing before the court.  The issues have been heard

14   and a decision has been rendered.

15        **IT IS ORDERED AND ADJUDGED** that:

16        Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's

17   Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

18        DATED this 30th day of May, 2012.

19                                    JAMES R. LARSEN
                                      District Court Executive/Clerk
20

21

22                                    by:   s/Pamela A. Howard
                                              Deputy Clerk
23

24

25

26   cc: all counsel